**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRANK RASHER,<br>　　　　Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>　　　　Respondent.<br>_____<br>UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>KEVIN FRANK RASHER,<br>　　　　Defendant. | Case No.  8:20-CV-00910-JLS<br>Case No.  8:16-CR-00108-JLS<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the petition in this matter is dismissed, and the action is dismissed with prejudice.

　　　The Clerk shall close the case.

　　　**IT IS SO ORDERED.**

　　　Dated:  December 3, 2020

_____
Hon. Josephine L. Staton
United States District Judge